UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLICATION OF JOSEPHINE BALLON AND AVITAL GRINBERG | Case No. 25-mc-80013-LJC<br><br>**ORDER RE: EX PARTE APPLICATION FOR DISCOVERY PURSUANT TO 28 U.S.C § 1782**<br><br>Re: Dkt. No. 1 |

    Petitioners Josephine Ballon and Avital Grinberg filed an application for an order pursuant to 28 U.S.C. § 1782 to obtain discovery from X. Corp. related to a lawsuit brought by Petitioners against Twitter International Unlimited Company in Germany. ECF No. 1 at 3.

    The Court cannot rule on Petitioners' application without the consent of all parties. *See CPC Pat. Techs. Pty Ltd. v. Apple, Inc.*, 34 F.4th 801, 808 (9th Cir. 2022) (holding that section 1782 applications for discovery are dispositive within the meaning of 28 U.S.C. § 636(b)(1)). Accordingly, Petitioners shall serve their ex parte application and this Order on X. Corp. by February 10, 2025, and file proof of service. X. Corp. shall file any response to the application no later than February 24, 2025. By the same deadline, the parties shall file the consent or declination form indicating whether they consent to the jurisdiction of the Magistrate Judge in this matter. The form is available at http://cand.uscourts.gov/civilforms. Any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences.

//

//

If the parties do not consent to proceed before a magistrate judge, the case will be randomly assigned to a District Judge of this Court.

**IT IS SO ORDERED.**

Dated: January 27, 2025

_____
LISA J. CISNEROS
United States Magistrate Judge

2