J. Jonathan Hawk (SBN 254350)
jhawk@mwe.com
**MCDERMOTT WILL & EMERY LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
+1 310 277 4110

*Attorney for Respondent X CORP.*

Thomas D. Mauriello (SBN 144811)
MAURIELLO LAW FIRM, APC
1230 Columbia Street, Suite 1140
San Diego, CA 92101
Tel: (619) 940-1606
Email: tomm@maurlaw.com
Additional Counsel for Petitioners on Signature Page

*Attorneys for Petitioners*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Application of Josephine Ballon and Avital Grinberg | Case No. 4:25-mc-80013-HSG<br><br>**JOINT STIPULATION AND SCHEDULING ORDER (as modified)** |

WHEREAS, Applicants Ballon and Grinberg filed an application on January 27, 2025, and it was assigned Case No. 4:25-mc-80013-LJC, before Magistrate Judge Cisneros;

WHEREAS, Applicants Ballon and Grinberg filed an administrative motion with this Court

JOINT STIPULATION AND ORDER - 1

1  (Case No. 4:23-mc-80235-HSG, ECF 27), asking for a determination as to whether their
2  application of January 27, 2025 should be assigned to this Court as related to their application filed
3  on September 19, 2023 bearing Case No. 4:23-mc-80235-HSG;
4      WHEREAS, X Corp. opposed that administrative motion, arguing the cases should be
5  related (Case No. 4:23-mc-80235-HSG, ECF 28);
6      WHEREAS, the Court issued a Related Case on February 11, 2025, finding this case to be
7  related to Case No. 4:23-mc-80235-HSG and ordering that this matter be re-assigned to this Court
8  (Case No. 4:23-mc-80235-HSG, ECF 29);
9      WHEREAS, Magistrate Judge Cisneros had previously, on January 27, 2025, issued an
10 order requiring X Corp. to consent to or decline to have the Magistrate Judge hear the case and to
11 respond to the application by February 24, 2025 (ECF 5);
12     WHEREAS, the Parties were uncertain as to whether that February 24, 2025 deadline still
13 applies in light of the Court's Related Case Order, and X Corp.'s schedule necessitated relief from
14 that date in any event;
15     WHEREAS, counsel for X Corp. has a one-week trial scheduled for March 3 to 7, 2025 and
16 has requested, and applicants have agreed, to stipulate to a briefing schedule on the application;
17     WHEREAS, subject to approval from the Court, the Parties hereby agree to and stipulate to
18 a briefing schedule as follows:

| Date | Event |
| --- | --- |
| March 17, 2025 | Deadline for X Corp. to respond or object to the subpoena |
| March 27, 2025 | Deadline for Petitioners Ballon and Grinberg to reply to X Corp. |

JOINT STIPULATION AND ORDER - 2

IT IS SO STIPULATED:

Dated: February 18, 2025                    MCDERMOTT WILL & EMERY LLP


By: */s/ J. Jonathan Hawk*
    J. Jonathan Hawk
    *Attorney for X Corp.*

IT IS SO STIPULATED:

Dated: February 18, 2025                    MAURIELLO LAW FIRM, APC

By: */s/ Thomas D. Mauriello*
    Thomas D. Mauriello

and

Ralph M. Stone (*pro hac vice*)
Stone Law Group PLLC
620 Fifth Ave., 2nd Floor
New York, NY  10020

*Attorneys for Petitioners*

JOINT STIPULATION AND ORDER - 3

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 2/19/2025

HON. HAYWOOD S GILLIAM, JR.
UNITED STATES DISTRICT JUDGE